14 Cal.Rptr. 188]

[Civ. No. 9892.   Third Dist.   June 12, 1961.]

Estate of LUIGI SCARLATA, Deceased. JOHN SCAR-
LATA et al., Appellants, v. BANK OF AMERICA
NATIONAL TRUST AND SAVINGS ASSOCIATION
(a National Banking Association), as Executor, etc.,
Respondent.

Wadsworth & Souza, John M. Burnett, James M. Conners
and Vernon D. Stokes for Appellants.

Mazzera, Snyder & DeMartini for Respondent.

VAN DYKE, P. J.—This is a companion case to that of
*Estate of Rosa Scarlata,* in which an opinion by this court
was this day filed. (*Ante,* p. 35 [14 Cal.Rptr. 184].)

For the reasons therein stated the orders of the probate
court, adjudging that the property inventoried in the estate
of Rosa was the community property of Luigi and Rosa and
ordering that the assets of both estates be marshalled and
used by the common executor to pay claims in both estates,
are reversed.

Peek, J., and Schottky, J., concurred.